IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DORTHA D. EVANS,

        Plaintiff,               No. CIV. S-02-1989-LKK-PAN

   vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,                               ORDER

        Defendant.
_____/

    This matter is before the court on plaintiff's motion for judgment and defendant's cross-motion for judgment. These motions were referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On January 27, 2004, Judge Nowinski filed findings and recommendation which were served on all parties and objections were to be filed within ten days after service. On February 6, 2004, plaintiff filed objections to the findings and

1

recommendation.

The court has reviewed the file and finds the findings and recommendation to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation filed January 27, 2004, are adopted in full; and

2. Plaintiff's motion for summary judgment is denied and defendant's cross-motion for summary judgment is granted.

DATED: August 17, 2005.

/s/Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE